# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNA BREAREY,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **DAVID RAMSAHAI AND WHITE** | : | |
| **OAK TRANSPORT, LTD.,** | : | |
| *Defendants*. | : | **NO. 24-cv-01693** |

## ORDER

**AND NOW**, this **5th day** of **June 2024**, upon consideration of Defendant White Oak Transport, Ltd.'s Motion to Dismiss Count II of Plaintiff Brearey's Complaint (ECF No. 13), and no response thereto, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF No. 13) is **GRANTED**, without prejudice.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**